## CERTIFICATE OF SERVICE

I certify that on this **12th day** of **March 2025**, at true and correct copy of the foregoing **Certificate of Interested Persons** and **Corporate Disclosure Statement (CIP)** was served via: **CM/ECF electronic filing system,** and/ or **FedEx** upon:

1. Clerk of the Court of Appeals for the Eleventh Circuit
   Elbert Parr Tuttle Court of Appeals Building
   56 Forsyth Street N.W.
   Atlanta, Georgia 30303

2. Attorney William O. Tate
   1544 Old Alabama Road
   Roswell, Georgia 30076

3. Fairway Independent Mortgage Corporation
   2 Sun Ct. N.W.
   Suite 400
   Peachtree Corners, Georgia 30076

By: *James Bussey*

**James Bussey (Pro Se)**
**455 Liberty Trace**
**Roswell, Georgia 30076**
**404-993-3925**
JamesBussey72@yahoo.com

[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK MAR 12 2025 ATLANTA, GA]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**JAMES BUSSEY** and
**BRENDA SANDOVAL REY,**

    Plaintiffs-Appellants,

vs.

                      Appeal Number: 25-10481-C

Judge Victoria Marie Calvert of the United States District Court for the Northern District of Georgia, Atlanta Divison,

    Respondent,

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Pursuant to **Eleventh Circuit Rule 26.1-1,** the undersigned, **James Bussey** and **Brenda Sandoval Rey,** Plaintiffs-Appellants, pro se, certifies that the following is a complete list of all persons, entities, and organizations that have an interest in the outcome of this case:

**1. James Bussey and Brenda Sandoval Rey** -Plaintiffs-Appellants

**2. Fairway Independent Mortgage Corporation** – Defendant-Appellee

3. **Hon. Victoria Marie Calvert** – Previously Presiding Judge

4. **McCalla Raymer-Liebert Pierce, LLC** – Attorneys for Defendant-Appellee

5. **Brianna Tookes** – Attorney for Defendant-Appellee

6. **Chris Shumate** – Fairway Independent Mortgage Corporation Defendant-Appellee

7. **Rosemary Metz** – Fairway Independent Mortgage Corporation Defendant-Appellee

8. **William O. Tate** – Attorney for Defendant - Appellee

These representations are made to enable the judges of this Court to evaluate possible disqualification or recusal.

**Dated: March 12, 2025**

**Respectfully submitted,**

James Bussey and Brenda Sandoval Rey
455 Liberty Trace
Roswell, Georgia 30076
404-993-3925
JamesBussey72@yahoo.com
Plaintiffs-Appellants, Pro Se